UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JILL JERRAM,

                    Plaintiff,

-against-

CORNWALL CENTRAL SCHOOL DISTRICT,
TIMOTHY REHM, Superintendent of Schools and
MICHAEL BROOKS, Assistant Superintendent of
Schools, sued in their individual capacities,

                    Defendants.

**ELECTRONICALLY FILED**

Civil Case No.:    **7:08-CV-01025 KMK/GAY**

---

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

|   |   |
|---|---|
| Defendant | Cornwall Central School District |
| Defendant | Timothy Rehm |
| Defendant | Michael Brooks |

    I certify that I am admitted to practice in this court.

DATED:    February 11, 2008

                                      GIRVIN & FERLAZZO, P.C.

                                      By: _____
                                            Scott R. Quesnel
                                            Bar Roll No.: SQ6461
                                            Attorneys for Defendants

        Office and P.O. Address
        20 Corporate Woods Blvd.
        Albany, New York 12211
        Tel:    518-462-0300
        Fax:   518-463-5037
        Email: spq@girvinlaw.com

TO:    Helen G. Ullrich, Esq.
       BERGSTEIN & ULLRICH, LLP
       Attorneys for Plaintiff
       15 Railroad Avenue
       Chester, New York   10918
       Tel:    845-469-1277
       Fax:   845-469-5904
       Email: hullrich@frontiernet.net