UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JILL JERRAM,

                          Plaintiff,

-against-

CORNWALL CENTRAL SCHOOL DISTRICT,
TIMOTHY REHM, Superintendent of Schools and
MICHAEL BROOKS, Assistant Superintendent of
Schools, sued in their individual capacities,

                          Defendants.

**ELECTRONICALLY FILED**

**Civil Case No.:**       **7:08-CV-01025**
                                       **KMK/GAY**

---

### CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Helen G. Ullrich, Esq., Attorney for Plaintiff, at hullrich@frontiernet.net

                                                                    */s/ Loretta M. Glogowski*
                                                                    Loretta M. Glogowski for
                                                                    Scott P. Quesnel (SQ6461)