UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JILL JERRAM,

                            Plaintiff,

-against-

CORNWALL CENTRAL SCHOOL DISTRICT,
TIMOTHY REHM, Superintendent of Schools and
MICHAEL BROOKS, Assistant Superintendent of
Schools, sued in their individual capacities,

                            Defendants.

**ELECTRONICALLY FILED**

Civil Case No.:  7:08-CV-01025
                            **KMK/GAY**

---

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Defendant        Cornwall Central School District

        Defendant        Timothy Rehm

        Defendant        Michael Brooks

    I certify that I am admitted to practice in this court.

DATED:    February 11, 2008

                                        GIRVIN & FERLAZZO, P.C.

                                        By: _____
                                              Gregg T. Johnson
                                              Bar Roll No.: GJ3348
                                              Attorneys for Defendants

1

        Office and P.O. Address
        20 Corporate Woods Blvd.
        Albany, New York 12211
        Tel:    518-462-0300
        Fax:   518-463-5037
        Email: gtj@girvinlaw.com

TO:    Helen G. Ullrich, Esq.
        BERGSTEIN & ULLRICH, LLP
        Attorneys for Plaintiff
        15 Railroad Avenue
        Chester, New York   10918
        Tel:    845-469-1277
        Fax:   845-469-5904
        Email: hullrich@frontiernet.net