UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JILL JERRAM, | **ELECTRONICALLY FILED** |
| Plaintiff, | |
| -against- | Civil Case No.: 7:08-CV-01025 **KMK/GAY** |
| CORNWALL CENTRAL SCHOOL DISTRICT, TIMOTHY REHM, Superintendent of Schools and MICHAEL BROOKS, Assistant Superintendent of Schools, sued in their individual capacities, | |
| Defendants. | |

---

### CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.  Helen G. Ullrich, Esq., Attorney for Plaintiff, at hullrich@frontiernet.net

*[Signature]*
Loretta M. Glogowski/for
Gregg T. Johnson (GJ3348)

1