US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

**AFFIDAVIT OF SERVICE**

ATTORNEY: BERGSTEIN
FF/INDEX #: 08 CIV. 1025 (KM
DATE FILED: 1/31/08
DOCKET #:

JILL FERRAM

Plaintiff(s)/Petitioners(s)

- AGAINST -

CORNWALL CENTRAL SCHOOL DISTRICT, TIMOTHY REHM AND MICHAEL BROOKS

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 2/7/08 at 3:30 PM at 24 IDLEWILD AVENUE
CORNWALL-ON-HUDSON, NEW YORK 12520

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT/JURY TRIAL DEMANDED, INDIVIDUAL RULES OF PRACTICE OF JUDGE KARAS & INSTRUCTIONS AND PROCEDURES FOR ELECTRONIC CASE FILING

on CORNWALL CENTRAL SCHOOL DISTRICT therein named

CORPORATION [✓] By delivering to and leaving with HARVEY SOTLAND and that he knew the person
so served to be the DISTRICT CLERK of the corporation, and authorized to accept service.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

DESCRIPTION Deponent describes the individual served as follows:

MALE, WHITE SKIN, DK BROWN & GREY HAIR, 38-46 YRS., 5'9"-5'11", 150-160 LBS.

Other identifying features:

GLASSES, RECEEDING HAIR

Sworn to before me on: 2/11/08

/s/ Joann Johnson
JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

/s/ Joseph L. Sherlock
JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958