Received:                                    Feb 27 2008 03:09pm
FEB-27-2008  03:07PM  FROM-                                 T-833  P.003/003  F-422
FEB-27-2008  02:45PM  FROM-                                 T-832  P.002/002  F-421

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO ORDERED: _____, 2008

---

JILL JERRAM,

                  Plaintiff,

-against-

CORNWALL CENTRAL SCHOOL DISTRICT,
TIMOTHY REHM, Superintendent of Schools and
MICHAEL BROOKS, Assistant Superintendent of
Schools, sued in their individual capacities,

                  Defendants.

Hon. George A. Yanthis, USMJ

Civil Case No.: 7:08-CV-01025 KMK/GAY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## STIPULATION and ORDER

*It is hereby stipulated and agreed,* by and between the undersigned, who are the attorneys of record for all parties in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action; that the deadline for Defendants, Cornwall Central School District, Timothy Rehm, and Michael Brooks, to respond to Plaintiff's Complaint in the above-captioned matter is hereby extended to March 10, 2008.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 27, 2008                    Dated: February 27, 2008

BERGSTEIN & ULLRICH, LLP                    GIRVIN & FERLAZZO, P.C.

By: _____               By: _____
Stephen Bergstein                           Scott P. Quesnel
Bar Roll No.: SB6810                        Bar Roll No.: SQ6461
Attorneys for Plaintiff                     Attorneys for Defendants
15 Railroad Avenue                          20 Corporate Woods Boulevard
Chester, New York 10918                     Albany, New York 12211
Tel.: (845) 469-1277                        Tel.: (518) 462-0300
Fax: (845) 469-5904                         Fax: (518) 462-5037
Email: sbergstein@frontiernet.net           Email: spq@girvinlaw.com

So Ordered.