# GIRVIN & FERLAZZO, PC
### ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

**MEMO ENDORSED**

Gregg T. Johnson
*Partner*

gtj@girvinlaw.com

March 10, 2008

*Via Facsimile by Permission*
Hon. Kenneth M. Karas, USDJ
U.S.D.C. - Southern District of New York
U.S. Courthouse
300 Quarropas Street - Room 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: **Jerram v. Cornwall Central S.D., et al.**
    Civil Case No.: 08 Civ. 01025

Dear Judge Karas:

This firm represents the Defendants, Cornwall Central School District (hereinafter "District"), Timothy Rehm, and Michael Brooks (hereinafter collectively "Defendants") in the above-referenced action. I write, with approval from Mike in Your Honor's Chambers, requesting clarification on the status of Defendants' obligation to respond to Plaintiff's Complaint by Monday, March 10, 2008.

Defendants filed a letter request for a pre-motion conference on February 29, 2008 and requested a stay of their response time until Your Honor ruled on that request. Moreover, Plaintiff has filed a response to Defendants' request in which she has requested permission to amend the Complaint. Although Defendants disagree that Plaintiff should be permitted to amend the Complaint in lieu of Defendants' filing a partial motion to dismiss, we have obtained Plaintiff's permission, and respectfully request at this time, a stay of Defendants' response until the Court has ruled on Defendant's request for a pre-motion conference and Plaintiff's request to amend the Complaint.

Respectfully yours,

GIRVIN & FERLAZZO, P.C.

By: _____
Gregg T. Johnson
Bar Roll No.: GJ3348

*Granted.*
*So Ordered.*
    /s/ MK
    3/10/08

GTJ:lmg/dl
cc: Bergstein & Ullrich, LLP