UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JILL JERRAM,

**ELECTRONICALLY FILED**

Plaintiff,

-against-

**Civil Case No.:**    **7:08-CV-01025 KMK/GAY**

CORNWALL CENTRAL SCHOOL DISTRICT,
TIMOTHY REHM, Superintendent of Schools and
MICHAEL BROOKS, Assistant Superintendent of
Schools, sued in their individual capacities,

Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing Answer to Plaintiff's First Amended Complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.    Helen G. Ullrich, Esq., Attorney for Plaintiff, at hullrich@frontiernet.net

Loretta M. Glogowski for
Gregg T. Johnson (GJ3348)

1