USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Jill Jerram,

                    Plaintiff(s),                    08 Civ. 01025 (KMK)(GAY)

   -against-

Cornwall Central School District,                    CALENDAR NOTICE

                    Defendant(s).
-------------------------------------------------------X

      Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference      ___ Status Conference      ___ Oral argument
___ Settlement conference    ___ Plea Hearing           ___ Suppression hearing
_X_ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference   ___ Jury Selection and Trial
___ Non-Jury Trial            ___ Inquest

**before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, August 7, 2008 at 10:00 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

     Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: June 30, 2008
       White Plains, New York

                                   So Ordered

                                   Kenneth M. Karas, U.S.D.J